**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02089-RMR

ERICK ALEXIS GAMEZ GARCIA,

     Petitioner,

v.

WARDEN of Denver Contract Detention Facility;
ROBERT GUADIAN, in his official capacity as Acting Denver Field Office Director, Immigration and Customs Enforcement and Removal Operations;
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement;
MARKWAYNE MULLIN in his official capacity as Secretary of the Department of Homeland Security;
and TODD BLANCHE, in his official capacity as Acting Attorney General;
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW.,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order [ECF No.11] entered by United States District Judge Regina M. Rodriguez on July 1, 2026, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that as the prevailing party, Petitioner is awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that his case is closed.

Dated at Denver, Colorado this 6th day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By: s/K. Myhaver

Kally Myhaver, Deputy Clerk